IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 5:12-CR-50003-001

CHASITY LEWIS                                                          DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 22) filed in this case on June 2, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.[1] Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's pro se "Motion for Modification or Reduction of Sentence Based Upon an Intervening Post-Sentence Change in the United States Sentencing Guidelines Pertaining to Corollary Criminal History Category (Amendment 12) Which Effectively Lowers Petitioner's Term of Imprisonment" (Doc. 21) is **DENIED**.

IT IS SO ORDERED this 30th day of June, 2014

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] The Court would clarify, however, that Defendant's argument premised on *United States v. Booker*, 543 U.S. 220 (2005), is being denied as moot–since Defendant is not being granted a new sentencing hearing. Thus, the Court does not reach–and has not considered–the Magistrate Judge's dicta that *Booker* would not apply to a sentencing in this case.